IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:01CR3063 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LAMONT O. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Construed as a petition for relief under 28 U.S.C. § 2241, and pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States and against Lamont O. Smith providing that Mr. Smith's claim for relief (filing 150) is denied without prejudice.

September 22, 2005.   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge