IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3063 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LAMONT O. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Lamont O. Smith providing that Smith shall take nothing and his motion for relief under 28 U.S.C. § 2255 is denied with prejudice.

April 17, 2006.                                    BY THE COURT:
                                                   s/ *Richard G. Kopf*
                                                   United States District Judge