AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3063 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 16873-047 |
| | ) | |
| LAMONT O. SMITH, | ) | JOHN C. VANDERSLICE |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 10/2/2003 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 121 months is reduced to 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 32 | | Amended Offense Level: 30 | |
| Criminal History Category: I | | Criminal History Category: I | |
| Previous Guideline Range: 121 to 151 months | | Amended Guideline Range: 120 to 121 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 2, 2003 shall remain in effect.

Filings 181, 186 and 187 are granted as provided herein and otherwise denied.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2008
Effective Date: Wednesday, June 18, 2008

                                      *S/Richard G. Kopf*
                                    United States District Judge