IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3063 |
| | ) | |
| V. | ) | |
| | ) | |
| LAMONT O. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendant's motion for early termination of supervised release (filing no. 204) is granted.

(2) The Clerk of Court shall provide a copy of this order to Supervising U.S. Probation and Pretrial Services Officer Jeff Anthens.

(3) Supervising U.S. Probation and Pretrial Services Officer Jeff Anthens shall provide a copy of this order to the U.S. Probation Office in the Central District of California.

DATED this 12th day of February, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge